# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE NESBIT<br><br>Plaintiff(s),<br><br>v.<br><br>SUNRISE RESTAURANTS, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23–cv–02822–SVW–MAA<br><br>**NOTICE OF DEFICIENCY<br>DEFAULT/DEFAULT JUDGMENT** |

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of <u>defendants</u> for the following reason(s):

- ☐ No declaration as required by F.R.Civ.P 55(a)
- ☐ No proof of service/waiver of service on file
- ☐ The name of the person served does not exactly match the person named in complaint
- ☐ Proof of Service is lacking required information
- ☐ Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
- ☐ Time to respond has not expired
- ☐ Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
- ☒ Request for Entry of Default has been forwarded to the assigned Judge
- ☐ Party dismissed from action on
- ☐ Case terminated on
- ☐ Requesting party shall file a new Request/Application with noted deficiencies corrected in order to have **default reconsidered**.
- ☐ Other:

The Clerk cannot enter the requested **Default Judgment** against <u>defendants</u> for the following reason(s):

- ☐ No Entry of Default on file
- ☐ No declaration as required by F.R.Civ.P 55(b)
- ☐ The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
- ☐ Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
- ☐ A declaration establishing the amount due must accompany the plaintiff's request for default judgment
- ☐ No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
- ☐ Amount sought is not for a sum certain or cannot be computed to a sum certain
- ☐ Attorney Fees sought not in compliance with Local Rule 55–3
- ☐ Amount sought for costs is incorrect
- ☐ Case terminated on
- ☐ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default judgment reconsidered**.
- ☒ Other: Request for Default Judgment has been forwarded to the assigned Judge

CLERK, U.S. DISTRICT COURT

Date: May 22, 2023      By: /s/ *Benjamin Moss*
                             Deputy Clerk
                             Benjamin_Moss@cacd.uscourts.gov