FILED

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NO: | FOR COURT USE ONLY |
| --- | --- | --- |

NAME: Ande Nesbit

FIRM NAME:

STREET ADDRESS: 3756 W Avenue 40

CITY: Los Angeles     STATE: CA     ZIP CODE: 90065

TELEPHONE NO.: 773-848-5295     FAX NO.:

E-MAIL ADDRESS: andenesbit@yahoo.com

ATTORNEY FOR (Name):

United State District Court- Western AN
STREET ADDRESS: 350 W 1ST
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 152
BRANCH NAME: Central District of California

Plaintiff/Petitioner: Ande Nesbit

Defendant/Respondent: Sunrise Restaurants, LLC

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER: CV23-2822-SVW (MAAx) |
| --- | --- |

TO (insert name of party being served): Sunrise Restaurants, LLC

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: 7/5/2023

Ande Nesbit
(TYPE OR PRINT NAME)

▶

(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of (to be completed by sender before mailing):

1. ☐ A copy of the summons and of the complaint.
2. ☐ Other (specify):

(To be completed by recipient):

Date this form is signed: July 25, 2023

Brian L. Tremer on behalf of Sunrise Restaurants, LLC     ▶ R. Z.     ,Attorney

(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

For your protection and privacy, please press the Clear This Form button after you have printed the form.     [Print this form]     [Save this form]     [Clear this form]