Andre Nesbit
3756 W Avenue 40
Suite K, #223
Los Angeles, CA, 90065-3666
773-848-5295
anesbit91@gmail.com

FILED
2023 AUG -2 PM 1:37
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANDRE NESBIT<br><br>　　　　Plaintiff,<br><br>VS.<br><br>SUNRISE RESTAURANTS, EDD<br><br>　　　　Defendants | Case No.: 2:23-cv-02822-SVW-MAA<br><br>Declaration in support of entry of Default and entry of Default Judgement |

　　　　TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

　　　　PLEASE TAKE NOTICE OF THE PLAINTIFF'S DECLARATION.

Declaration in support of Default and Default Judgement

CASE NO: 2:23-cv-02822-SVW-MAA

## Declaration of Andre Nesbit

1. The Defendants are not infants, members of the military or incompetent persons.

2. The Defendants have failed to plead or defend in this action.

3, the defendants have properly served with a copy of the complaint, summons, and notice of acknowledgment

Dated: 7/31/ 2023          Respectfully Submitted

*Andre Nesbit*
_____
Attorney Name

Dated: July 31, 2023          Respectfully Submitted

*Andre Nesbit*
_____
Attorney Name

Declaration in support of Default and Default Judgement

Case No: 2:23-cv-02822-SVW-MAA

## CERTIFICATE OF MAILING

I certify that the NOTICE OF DEFAULT AND APPLICATION FOR ENTRY FOR DEFAULT JUDGMENT BY CLERK was sent to each person to the EDD and Sunrise Restaurants by first-class mail. The copies were enclosed in envelopes with postage fully prepaid. The envelopes were addressed to the EDD and Sunrise Restaurants at the 888 S Figueroa St. Los Angeles, CA 90017 and 888 S Figueroa St #200, Los Angeles, CA 90017, sealed, and deposited with the United States Postal Service.

Dated: 7/31/2023        Respectfully Submitted

*Andre Nesbit*
_____
Attorney Name