## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-02822-SVW-MAA | Date | January 5, 2024 |
|---|---|---|---|
| Title | Andre Nesbit v. Sunrise Restaurants et al | | |

**JS - 6**

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     IN CHAMBERS ORDER DISMISSING ACTION

The Court, on December 15, 2023, issued an order to show cause why this action should not be dismissed.

Plaintiff was granted, up to and including December 26, 2023, to file his response.

To date, plaintiff has failed to respond to the Court's order.

The case ordered dismissed.

|  | : |
|---|---|
| Initials of Preparer | PMC |